# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-cr-00261-RCJ-GWF |
| vs. ) | **ORDER** |
| JAIVER ENCINAS, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Withdraw his Motion to Compel Transport (ECF No. 26), filed on November 3, 2016. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw his Motion to Compel Transport (ECF No. 26) is **granted**.

**IT IS FURTHER ORDERED** that the Motion Hearing scheduled for November 4, 2016 at 2:00 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the Government's Motion to Continue Magistrate Judge Hearing (ECF No. 23) is **denied as moot**.

DATED this 4th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge