UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Javier Encinas,<br><br>   Defendant. | Case No. 2:16-CR-00261-RCJ-GWF-1<br><br>**Order Granting Stipulation to Continue Revocation Hearing (First Request)** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Stephanie N. Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Javier Encinas, that the Revocation Hearing currently scheduled on October 19, 2021 at 10:00 am, be vacated and continued for sixty (60) days.

  This Stipulation is entered into for the following reasons:

  1.  There is a proposed global resolution in the case and the parties will need additional time to begin drafting a plea agreement to reflect the resolution;

2.      Defense counsel needs additional time to speak with Mr. Encinas on the agreement; and

3.      Mr. Encinas agrees with the need for the continuance.

This is the first request for a continuance of the revocation hearing.

DATED: October 13, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| */s/Aden Kebede*<br>By_____<br>Aden Kebede<br>Assistant Federal Public Defender | */s/ Kimberly Frayn*<br>By_____<br>Kimberly Frayn<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Javier Encinas,<br><br>    Defendant. | Case No. 2:16-CR-00261-RCJ-GWF-1<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 19, 2021, at 10:00 a.m. is vacated and continued to Tuesday, 12/14/2021 at 10:00 a.m. utilizing zoom video conferencing technology. Defendant Javier Encinas shall appear by video from CCA Room #8 at the Nevada Southern Detention Center.

DATED: October 13th, 2021.

_____
Robert C. Jones
United States District Judge