Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Aden Kebede
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aden_Kebede@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Javier Encinas,<br><br>　　　　　Defendant. | Case No. 2:16-CR-00261-RCJ-GWF-1<br><br>**Stipulation to Continue Revocation Hearing (Second Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Javier Encinas, that the Revocation Hearing currently scheduled on December 14, 2021 at 10:00 am, be vacated and continued for ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Additional time is needed for defense counsel to confer with the defendant regarding a pending plea agreement that will resolve the revocation and underlying charges globally;

2. Mr. Encinas agrees with the need for the continuance.

This is the second request for a continuance of the revocation hearing.

DATED: December 2, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By */s/Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By */s/ Kimberly Frayn*<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Javier Encinas,<br><br>　　　　Defendant. | Case No. 2:16-CR-00261-RCJ-GWF-1<br><br>**Order Granting Second Stipulation to Continue Revocation Hearing** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 14, 2021, at 10:00 a.m. is vacated and continued to Tuesday, 3/22/2022 at 11:00 a.m. before Senior District Judge Robert C. Jones.

　　　DATED: December 3, 2021.

_____
Robert C. Jones
United States District Judge

3